UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

TERRELL DISMUKES,

    Plaintiff,

    v.     CAUSE NO. 3:20-CV-974-JD-MGG

KYLE LEARCH,

    Defendant.

## ORDER

Terrell Dismukes, a prisoner without a lawyer, filed this lawsuit and must pay the filing fee as required by 28 U.S.C. § 1915(b). Therefore, the court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 5);

(2) ORDERS the plaintiff, **Terrell Dismukes, IDOC # UNKNOWN, St. Joseph County Jail # 323500,** to immediately pay (and the facility having custody to automatically remit) **$7.78** to the clerk in payment of the initial partial filing fee;

(3) ORDERS the plaintiff to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $350.00 filing fee is paid in full;

(4) DIRECTS the clerk to create a ledger for receipt of these funds; and

(5) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on January 5, 2021

    /s/JON E. DEGUILIO
    CHIEF JUDGE
    UNITED STATES DISTRICT COURT